# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Whaleco Incorporated,<br><br>         Plaintiff,<br><br>v.<br><br>Temuapp.me, et al.,<br><br>         Defendants. | **NO. CV-23-02615-PHX-MTL**<br><br>**DEFAULT JUDGMENT** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure and upon instruction by the Court, default judgment is hereby entered against Defendants Temuapp.me and Temuapp.space.

                                         Debra D. Lucas
                                         District Court Executive/Clerk of Court

May 31, 2024

                                         s/ Rebecca Kobza
                            By   Deputy Clerk